UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

        v.                        :

JOHN GUZMAN,                      :

            Defendant.           :

- - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.

**07 CRIM 969**

JUDGE HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10 17 2007_

## COUNT ONE

The Grand Jury charges:

1.   From in or about December 2001, through in or about December 2003, in the Southern District of New York and elsewhere, JOHN GUZMAN, the defendant, and others known and unknown, unlawfully, willfully and knowingly, did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Title 8, United States Code, Section 1325(c).

2.   It was a part and an object of the conspiracy that JOHN GUZMAN, the defendant, and others known and unknown, unlawfully, willfully and knowingly, would and did enter into and cause others to enter into a marriage for the purpose of evading provisions of the immigration laws, in violation of Title 8, United States Code, Section 1325(c).

## OVERT ACTS

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York and elsewhere:

    a.  On or about December 31, 2001, JOHN GUZMAN, the defendant, married a Chinese citizen in Manhattan, New York.

    b.  On or about January 2, 2002, GUZMAN signed and filed a "Petition for Alien Relative" in Manhattan, New York.

    c.  On or about January 2, 2003, GUZMAN signed and filed an "Affidavit in Support Under Section 213A" in Manhattan, New York.

(Title 18, United States Code, Section 371.)

_____  _____
FOREPERSON                 MICHAEL J. GARCIA
                           United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHN GUZMAN,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 371)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

10/17/07 Filed Indictment. A/W issued. Case assigned to Judge Holwell.

Pitman
U.S.M.J.