UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                            **SUPERSEDING**
       - v. -                        :      **MISDEMEANOR**
                                            **INFORMATION**
JOHN GUZMAN,                         :
                                            S1 ~~08~~ Cr. 969(RJH)
              Defendant.             :      07

- - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

In or about January 2003, in the Southern District of New York and elsewhere, JOHN GUZMAN, the defendant, unlawfully, willfully, and knowingly did aid and abet an alien in obtaining entry to the United States by the willful concealment of a material fact, to wit, GUZMAN executed immigration documents in support of an alien's application for permanent residency that concealed the fact that GUZMAN had accepted money to marry the alien for the purpose of evading the immigration laws of the United States.

(Title 8, United States Code, Section 1325(a)(3);

Title 18, United States Code, Section 2.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 10 2008