# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S KAPLAN
EDWARD A FRIEDMAN
GARY D FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S LERNER
PAUL J FISHMAN
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M BERMAN
GERALD ADLER
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L PRINGLE
MERYL S ROSENBLATT
DANIEL B RAPPORT
DAVID I. TANENBAUM
HALLIE B LEVIN
ANNE E BEAUMONT
MARY E. MULLIGAN
ANDREW W. SCHILLING
EMILY A. STUBBS
KENT K ANKER
AMY C BROWN
MALA AHUJA HARKER

1633 BROADWAY
NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM
WRITER'S DIRECT DIAL
(212) 833-1191

WRITER'S DIRECT FAX
(212) 373-7991

E-MAIL
BGRAVES@FKLAW.COM

HARVEY WEISSBARD
NORMAN ALPERT
ANDREW A. QUARTNER
COUNSEL

LISA S GETSON
ASAF REINDEL
JOHN N ORSINI
JEFFREY R. WANG
MYRIAM FORD
SHIRA D. WEINER
CHAD M LEICHT
JASON C. RUBINSTEIN
BARBARA GRAVES-POLLER
MICHAEL A GORDON
DANYA SHOCAIR REDA
ROBERT S. LANDY
RICKIE M SONPAL
STEVEN E. FRANKEL
NIKETH VELAMOOR
LILI ZANDPOUR
L REID SKIBELL
DANIEL R. GREENBERG
KEVIN S. HAEBERLE
SHEELA V. PAI
AMY LURIA
DANIEL IAN MEE
CHRISTOPHER WIMMER
JENNIFER P. KRAKOWSKY
NETANEL PINHASOV
JORDAN I. BRACKETT

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/8/08]

July 3, 2008



BY HAND
Hon. Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Room 1950
New York, NY 10007

Re:   *United States v. John Guzman, 07 Cr. 969 (RJH)*

Dear Judge Holwell:

I write to request permission for our client, John Guzman, residing at 2588 Creston Avenue in the Bronx, New York 10468 to travel to Florida to visit with his father on Saturday, July 19, 2008 returning on Sunday, July 27, 2008.

I informed both Assistant United States Attorney, Randall W. Jackson, and Lisa Chan of Pre-Trial Services of this request. Both have advised me that they have no objection to Mr. Guzman's scheduled travel.

[Handwritten: Application Granted SO ORDERED /s/ (signature) USDJ 7/7/08]

Respectfully submitted,

Barbara Graves-Poller

cc:   Randall W. Jackson
      Lisa Chan

627152.2